IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00162-CMA-MJW

JORGE OLIVAS,

    Plaintiff,

v.

KIKU CORPORATION, d/b/a KOKORO,

    Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file. Based on my past professional relationship with Defendant's counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: March __21__, 2012

                                        BY THE COURT:

                                        */s/ Christine M. Arguello*
                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge