IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00162-PAB-MJW

JORGE OLIVAS,

Plaintiff(s),

v.

KIKU CORPORATION, d/b/a KOKORO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 20) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 20-1) is APPROVED and made an Order of Court.

Date: May 16, 2012